AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>VILLA, ROXANA | **AMENDED**<br>**Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br>CM/ECF Case No. 5:25-PO-00377-SP<br>Case No.   CC10   E1972240<br>USM No.<br>Christine Yonan, DFPD<br>Defendant's Attorney |

**THE DEFENDANT:** VILLA, ROXANA

☑ **THE DEFENDANT** pleaded guilty to count(s)   Four (4)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13<br>CVC § 23103.5<br>(AMENDED) | Wet Reckless Driving | 01/04/2025 | One (1) |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made by July 31, 2025.
Status conference scheduled for September 11, 2025 at 10:00 a.m. No appearance necessary if payment is completed.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $40.00 | $ 10.00 | $ | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   4241

Defendant's Year of Birth:   1992

City and State of Defendant's Residence:
FORT IRWIN, CA

July 10, 2025
Date of Imposition of Judgment

*/s/ [signature]*
Signature of Judge

Sheri Pym, U.S. Magistrate Judge
Name and Title of Judge

August 6, 2025
Date